IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANISA INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-CV-01230-SCJ |
| ) | |
| AMYRIS CLEAN BEAUTY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Anisa International, Inc., through its undersigned counsel of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby DISMISSES WITH PREJUDICE this action in its entirety, including Plaintiff's Complaint for Damages and all claims alleged therein, with each party to bear its own attorneys' fees, costs, and other litigation expenses.  Plaintiff further requests the Clerk of the Court to mark this action "Dismissed With Prejudice" upon the docket and records of the Court.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted this 21st day of April, 2023.

**TAYLOR ENGLISH DUMA LLP**

/s/ Ann R. Schildhammer
Ann R. Schildhammer
Georgia Bar No. 600290
aschildhammer@taylorenglish.com
Joseph C. Sullivan
Georgia Bar No. 153098
jsullivan@taylorenglish.com

1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (770) 434-6868
Facsimile:   (770) 434-7376

*Attorneys for Plaintiff*

2